# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | |
| GPC SYSTEMS, INC., ) | Case #06-10560-RGM |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |

## FINAL REPORT AND MOTION FOR FINAL DECREE

The Debtor GPC Systems, Inc. (the "Debtor"), by counsel, hereby submits this Final Report and moves, under 11 U.S.C. § 350(a) and F.R.Bankr.P. 3022, for the entry of a Final Decree closing its case. In support of this Motion, the Debtor submits the following:

1.  The Debtor's Amended Plan Of Reorganization (the "Plan") was confirmed by this Court on March 30, 2009, and the confirmation order has become final. The Plan's effective date was April 10, 2009.

2.  The Debtor has effectuated substantial consummation of the Plan, in that (a) other than the distribution of money, the Plan did not propose the transfer of any property; (b) the Debtor has assumed its business and the management of all property dealt with by the Plan; and (c) the Debtor has commenced distributions under the Plan as set forth below in the Final Report. See 11 U.S.C. § 1101(2).

3.  Subject to any future need to invoke the Court's jurisdiction as reserved under the Plan and permitted by the Bankruptcy Code, all outstanding motions, contested matters, and adversary proceedings in this case have been fully and finally resolved.

# FINAL REPORT

The Debtor has made or will make the following scheduled payments under the Plan, as required thereunder:

1. The Debtor will pay the allowed administrative claims of its undersigned attorneys before this Motion is granted.

2. The Debtor has paid the priority and non-priority claims to the IRS, totaling $30,000 per month, for April through October 2009. The Debtor is obtaining funds to bring current its payments to the IRS through March 2010.

3. As a condition of entry of the Final Decree, the Debtor acknowledges its obligation to pay the quarterly fees to the Office of the U.S. Trustee for the first quarter of 2009 through the date of entry of the Final Decree. The Debtor is filing, contemporaneously herewith, a summary of its cash disbursements for such periods to enable the U.S. Trustee to properly calculate the amount of the quarterly fees that are due.

WHEREFORE, the Debtor requests that the Court approve this Final Report, enter a Final Decree closing its case, and grant such other and further relief as the Court deems just and appropriate.

GPC SYSTEMS, INC.
By counsel

/s/Steven B. Ramsdell
Steven B. Ramsdell, VA Bar #33222
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 N. Washington St., Suite 202
Alexandria, VA 22314
(703) 549-5003

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report and Motion was mailed first-class, postage prepaid, on this 4th day of March, 2010 to the following:

Guy & Patsy Caron
2108-B Gallows Road
Vienna, VA 22182

Robert K. Coulter, Esq.
Assistant U.S. Attorney
2100 Jamieson Ave.
Alexandria, VA 22314

Jack I. Frankel, Esq.
Office of the U.S. Trustee
115 S. Union St., Suite P210
Alexandria, VA 22314

                                                /s/Steven B. Ramsdell
                                                Steven B. Ramsdell